# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| EVERI HOLDINGS, INC., F/K/A GLOBAL CASH ACCESS HOLDINGS, INC.,<br>Petitioner,<br>vs.<br>THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; AND THE HONORABLE KENNETH C. CORY, DISTRICT JUDGE,<br>Respondents,<br>and<br>RAM V. CHARY; AND KEVIN KEALY, Real Parties in Interest. | No. 71150<br><br>**FILED**<br><br>SEP 16 2016<br><br>TRACIE K. LINDEMAN<br>CLERK OF SUPREME COURT<br>BY _____<br>CHIEF DEPUTY CLERK |

## ORDER DENYING PETITION FOR WRIT OF PROHIBITION OR MANDAMUS

This original petition for a writ of prohibition or mandamus challenges a district court order granting a motion to compel and denying a motion to stay arbitration proceedings.

Having considered the petition and appendix filed in this matter, we conclude that petitioner has not demonstrated that the district court exceeded its jurisdiction or arbitrarily or capriciously exercised its discretion. *Int'l Game Tech., Inc. v. Second Judicial Dist. Court*, 124 Nev. 193, 197, 179 P.3d 556, 558 (2008); *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004). Accordingly, our intervention by way of extraordinary relief is not warranted, *see* NRS 34.160; NRS 34.320;

 
16-28865

NRAP 21(b)(1); *Smith v. Eighth Judicial Dist. Court,* 107 Nev. 674, 677, 818 P.2d 849, 851 (1991) (holding that this court has the discretion to determine whether to consider a writ petition), and we

ORDER the petition DENIED.

_____, C.J.
Parraguirre

_____, J.
Hardesty

_____, J.
Pickering

cc:   Hon. Kenneth C. Cory, District Judge
Pisanelli Bice, PLLC
Bailey Kennedy
Morrison Cohen, LLP
Eighth District Court Clerk